UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAWRENCE R. BURFITT, | : | Case No. 1:19-cv-781 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| BRION LAWLESS, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court on Defendants' Third Motion for Continuance ("Motion") (Doc. #62). In the Motion, Defendants request that the evidentiary hearing scheduled for September 26, 2022 be continued at least sixty days due to unexpected staffing changes and medical challenges impacting key personnel of the Corrections Litigation Unit of the Attorney General's Office. *Id*. at 664-65. Subsequently, the undersigned ordered Plaintiff to submit his response to Defendants' Motion, if any, by September 21, 2022. (Sep. 16, 2022 Notation Order). Plaintiff has not filed a response and the time to so has since expired.

For good cause shown, Defendants' Motion (Doc. #62) is **GRANTED**. Accordingly, Toledo Correctional Institution shall make Plaintiff Lawrence R. Burfitt, #A604092, available for an evidentiary hearing via Judge Silvain's GoToMeeting on **Monday, December 5, 2022** at **9:30 a.m**. The evidentiary hearing shall proceed under the terms and conditions set by the rules of the Toledo Correctional Institution and on the following conditions:

1. Counsel for Defendants must immediately contact the appropriate officials at the Toledo Correctional Institution (i) to finalize and otherwise arrange for Plaintiff to be present and able to participate in the video evidentiary hearing via Judge Silvain's GoToMeeting on **Monday, December 5, 2022** at **9:30 a.m** and (ii) to effect

        advanced notice to Plaintiff of the date and time when the video will occur; and

2.     Magistrate Judge Peter B. Silvain, Jr.'s GoToMeeting Instructions:

        Please join my meeting from your computer, tablet or smartphone.
https://global.gotomeeting.com/join/952305821

        You can also dial in using your phone. (For supported devices, tap a one-touch number below to join instantly.)
United States: +1 (571) 317-3122
One-touch: tel:+15713173122,,952305821#
Access Code: 952-305-821

        Join from a video-conferencing room or system. Dial in or type: 67.217.95.2 or inroomlink.goto.com Meeting ID: 952 305 821 Or dial directly: 952305821@67.217.95.2 or 67.217.95.2##952305821

        If the parties have any questions, please call Chambers at 937-512-1620.

**IT IS SO ORDERED.**

September 22, 2022                                     *s/Peter B. Silvain, Jr.*
                                                                   Peter B. Silvain, Jr.
                                                                    United States Magistrate Judge