# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LAWRENCE R. BURFITT, | : Case No. 1:19-cv-781 |
| Plaintiff, | : |
| vs. | : District Judge Michael R. Barrett |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| BRION LAWLESS, *et al.*, | : |
| Defendants. | : |

# ORDER

This matter is before the Court on Plaintiff's Motion for Leave ("Motion") (Doc. #66). In the Motion, Plaintiff requests additional time to submit evidence for the evidentiary hearing scheduled on December 5, 2022. (Doc. #66, *PageID* #676). Plaintiff explains that he is "under mental duress for a while for various reasons[,]" and that he has been "placed in the hole for retaliatory reasons and just swallowed glass." *Id*.

The undersigned had previously ordered that any potential exhibits for the evidentiary hearing should be filed by July 25, 2022. (Notation Order dated June 3, 2022). However, in light the apparent difficulties that Plaintiff has alleged to be undergoing as well as the multiple continuances that have been granted at Defendants' request, the Motion (Doc. #66) is hereby **GRANTED**. Plaintiff shall file any exhibits he intends to use at the December 5, 2022 evidentiary hearing no later than **November 28, 2022.**

    IT IS SO ORDERED.

November 1, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge