**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Lawrence R. Burfitt,

    Plaintiff,

        v.                                             Case No.   1:19cv781

Brion Lawless, *et al*.,                     Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 12, 2022 (Doc. 65).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 65) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 65) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Plaintiff's Motion for Preliminary Injunction/Temporary Restraining Order (Doc. #55) is **DENIED.**

**IT IS SO ORDERED.**

                                                         *s/Michael R. Barrett*
                                                         Michael R. Barrett, Judge
                                                         United States District Court